# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ERICK WILLIAMS**                                                                                           **PLAINTIFF**
**#240000830**

**v.**                                   **Case No. 4:25-cv-00374-LPR-JTK**

**DILLION MCGEE, et al.**                                                               **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Jerome T. Kearney (Doc. 8). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.

Accordingly, Plaintiff's claims against Defendant Sarah Barnes are DISMISSED without prejudice for failure to state a claim upon which relief may be granted. The Clerk is instructed to terminate Sarah Barnes as a party Defendant. Plaintiff's official capacity claims against all Defendants are DISMISSED without prejudice for failure to state a claim upon which relief may be granted. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order would not be taken in good faith.

IT IS SO ORDERED this 2nd day of September 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE